**Opinion filed August 28, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00183-CV

_____

## IN THE INTEREST OF X.A.V., A CHILD

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. CC2-3397-PC**

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order in which the trial court terminated the parental rights of X.A.V.'s parents. An appeal in a parental termination case is an accelerated appeal. TEX. FAM. CODE ANN. § 263.405(a) (West 2014); TEX. R. APP. P. 28.4. The trial court signed the order of termination on May 29, 2015. Appellant, the mother of the child, filed her notice of appeal on August 10, 2015. Because this is an accelerated appeal, Appellant's notice of appeal was due within twenty days after the order was signed, which would have been June 18, 2015. *See* TEX. R. APP. P. 26.1(b). Even with the fifteen-day extension allowed by TEX. R.

APP. P. 26.3, the time for filing the notice of appeal in this case had already expired when Appellant filed her notice of appeal. In a letter dated August 10, 2015, we informed counsel for Appellant that the notice of appeal appeared to be untimely. *See* TEX. R. APP. P. 26.1(b), 28.1(b). We requested that Appellant respond on or before August 20, 2015, and show grounds to continue the appeal. We also informed her that the appeal was subject to dismissal. *See* TEX. R. APP. P. 42.3. Appellant acknowledged receipt of this court's August 10 notice, but she has not filed a response. Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

August 28, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.